# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 19-27330MP |
| Cesar Roman-Trujillo | Citizenship: MEXICO |

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:

On or about April 28, 2019, at or near Douglas, Arizona, in the District of Arizona, Cesar ROMAN-Trujillo, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a)(1), a petty misdemeanor.

   On or about April 28, 2019, agents found Cesar ROMAN-Trujillo in the United States of America at or near Douglas, Arizona without the proper immigration documents. Furthermore, Cesar ROMAN-Trujillo admitted to illegally entering the United States of America from Mexico on or about April 28, 2019, at or near Douglas, Arizona at a time and place other than designated by immigration officials.

File Date: 04/30/2019

at Tucson, Arizona

*/s/ Pedro Leon*

Pedro Leon, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 04/30/2019

*/s/ D Thomas Ferraro*

**D Thomas. Ferraro**
**Magistrate Judge**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                              CASE: 19-27330MP

vs.

Cesar Roman-Trujillo

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Cesar Roman-Trujillo, was represented by counsel, Guenevere Nelson-Melby (CJA).

The defendant pled guilty to the Complaint on 04/30/2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 04/28/2019 |

As pronounced on 04/30/2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Tuesday, April 30, 2019.

D Thomas. Ferraro
Magistrate Judge

Arresting Agency: TCA

| UNITED STATES DISTRICT COURT | JUDGE'S MINUTES |
|---|---|
| DISTRICT OF ARIZONA - TUCSON | |

Date: 04/30/2019          Case Number: 19-27330MP

USA vs. **Cesar Roman-Trujillo**
Magistrate Judge: D THOMAS. FERRARO      Judge AO Code: 70BU
ASSIGNED U.S. Attorney: Christopher Lewis
INTERPRETER REQ'D: Carlos Arvizu, Spanish
Attorney for Defendant: Guenevere Nelson-Melby (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **04/28/2019**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.
[ ] Waiver of right to appeal explained.

OTHER:    Guenevere Nelson-Melby (CJA) is appointed as attorney of record for defendant.

Recorded by Courtsmart    COP: 1
BY: Rose Chavez           Sent: 0
        Deputy Clerk      IA: 0
            Start: 1:29 Stop: 2:30